# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS EASTERN DIVISION

| | | |
|---|---|---|
| RE: JOHN PATRICK BLASGEN | ) | Case No. 25 B 11491 |
| | ) | |
| | ) | Chapter 13 |
| Debtor(s) | ) | |
| | ) | Judge: DONALD R CASSLING |

## TRUSTEE'S OBJECTION TO CONFIRMATION OF PLAN

**COMES NOW** Thomas H. Hooper, Chapter 13 Trustee duly appointed to administer the instant case ("Trustee"), and hereby OBJECTS to confirmation of the Chapter 13 plan filed by Debtor(s), in advance of the confirmation hearing set for October 09, 2025 10:00 am, for the following:

Debtor has failed to file a proper plan as required by Section 1325(a)(1) by failing to properly fill out: Amend Part #2.3 uncheck 2nd box.

The plan is not sufficiently funded to pay all claims for which it provides as well as any required distribution to allowed general unsecured claims as required by 11 U.S.C. § 1325(a)(1). While the plan is proposed at 60 months, the Trustee estimates that, at the current proposed monthly payment, the plan would take 72 months to complete.

**WHEREFORE**, the Trustee prays the Court to enter an Order denying confirmation of the proposed Chapter 13 plan, and for such other and further relief as the Court may deem just and proper. In the alternative, the Trustee requests a hearing on the matter.

Dated: September 30, 2025

/s/ Thomas H. Hooper
Thomas H. Hooper
Chapter 13 Trustee
55 E. Monroe., Suite 3850
Chicago, IL 60603
(312) 294-5900

## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS EASTERN DIVISION

| | | |
|---|---|---|
| RE:  JOHN PATRICK BLASGEN | ) | Case No. 25 B 11491 |
| | ) | |
| | ) | Chapter 13 |
| Debtor(s) | ) | |
| | ) | Judge: DONALD R CASSLING |

## CERTIFICATE OF SERVICE

I, Emily Baez, a non-attorney, do hereby certify that I am, and at all times hereinafter mentioned was, more than eighteen (18) years of age; and that on the date indicated herein below, I served copies of the foregoing TRUSTEE'S OBJECTION TO CONFIRMATION OF PLAN by depositing a copy of the same in a postage-paid envelope with the United States Postal Service or by electronic means, as indicated.

ROBSON & LOPEZ LLC  (via CM/ECF)
*Attorney for Debtor*

Adam G. Brief  (via CM/ECF)
Acting United States Trustee

JOHN PATRICK BLASGEN  (via First Class Mail)
1550 RIDGE RD
HOMEWOOD, IL 60430-1829
*debtor*

Dated: September 30, 2025  /s/ Emily Baez

Thomas H. Hooper
Chapter 13 Trustee
55 E. Monroe St., Suite 3850
Chicago, IL 60603
(312) 294-5900